**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**


ISRAEL ROJAS-RODRIGUEZ,

      Petitioner,

v.                                                    No. CV 13-0892 KG/KBM

TIMOTHY HATCH,

      Respondent.


<u>JUDGMENT</u>

      This matter having come before the Court, *sua sponte* under rules 1(b) and 4 of the Rules Governing Section 2254 Cases, for preliminary consideration of Petitioner's Petition Under 28 U.S.C. § 2241 For A Writ Of Habeas Corpus; and the Court having entered an Order dismissing the petition,

      IT IS THEREFORE ORDERED that judgment is hereby entered in favor of Respondent, and this proceeding is DISMISSED.

                                 _____
                                   UNITED STATES DISTRICT JUDGE